# EXHIBIT A



Amanda Cerny



Amanda Cerny

# EXHIBIT B



Brenda Geiger



Brenda Geiger



Brenda Geiger



Brenda Geiger



Brenda Geiger

Brenda Geiger



Brenda Geiger



Brenda Geiger



Brenda Geiger

Brenda Geiger



Brenda Geiger

# EXHIBIT C



Claudia Samepdro

Claudia Samepdro

Claudia Samepdro

Claudia Samepdro



Claudia Samepdro



Claudia Samepdro



Claudia Samepdro



Claudia Samepdro



Claudia Samepdro



Claudia Samepdro

Claudia Samepdro



Claudia Samepdro



Claudia Samepdro



Claudia Samepdro



Claudia Samepdro



Claudia Samepdro

Claudia Samepdro

Claudia Samepdro



Claudia Samepdro

Claudia Samepdro



Claudia Samepdro



Claudia Samepdro



Claudia Samepdro

Claudia Samepdro



Claudia Samepdro



Claudia Samepdro

Claudia Samepdro

Claudia Samepdro

Claudia Samepdro

Claudia Samepdro

Claudia Samepdro



Claudia Samepdro



Claudia Samepdro

Claudia Samepdro



Claudia Samepdro



Claudia Samepdro



Claudia Samepdro

Claudia Samepdro

Claudia Samepdro



Claudia Samepdro

Claudia Samepdro

Claudia Samepdro

Déjá Vu Lounge
Like This Page · February 20, 2015 · 🌐

Viernes de euphoria. Solo en @dejavu hookah gratis Asta Las 12 servicio de botellas $100 Toda la noche. El mejor ambiente con Los mejores djs. Esta noche Deejay Ariel Peralta @djpapiluis. No te lo pierdas enviame un mensaje o llama AL 9176401006 / 4843470600 / 4847070952 para Tus reservaciones.
See Translation

14

Like        Comment        Share

Write a comment...

Claudia Samepdro

# EXHIBIT D



Jessica Burciaga



Jessica Burciaga



Jessica Burciaga



Jessica Burciaga



Jessica Burciaga

Jessica Burciaga

# EXHIBIT E

Jessica Killings



Jessica Killings

Jessica Killings



Jessica Killings



Jessica Killings



Jessica Killings



Jessica Killings



Jessica Killings

# EXHIBIT F



Jessica Rockwell



Jessica Rockwell

# EXHIBIT G



Paola Canas



Paola Canas



Paola Canas